

'08 CIV 4045

BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
NEMTAS NEMRUT LIMAN ISLETMELERI AS
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEMTAS NEMRUT LIMAN ISLETMELERI AS,

          Plaintiff,

  -against-

ISPAT INDUSTRIES LIMITED,

          Defendant.
------------------------------------------------------------X

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff, NEMTAS NEMRUT LIMAN ISLETMELERI AS, certifies that there are no corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated: New York, New York
       April 29, 2008

                                BROWN GAVALAS & FROMM LLP
                                Attorneys for Plaintiff
                                NEMTAS NEMRUT LIMAN ISLETMELERI AS

                   By: _____
                        Peter Skoufalos (PS-0105)
                        355 Lexington Avenue
                        New York, New York 10017
                        212-983-8500