

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEMTAS NEMRUT LIMAN ISLETMELERI AS
           Plaintiff,

-V-

ISPAT INDUSTRIES LIMITED
           Defendants.

**CERTIFICATE OF MAILING**

08 CV 4045 (RWS)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**2ND day of June, 2007**

I served the

Summons & Verified Complaint Ex Parte Order For Process Of Maritime Attachment

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**21st day of April, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8614 8774 9485**

CLERK

Dated: New York, NY

# BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017

TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)

June 2, 2008

**BY HAND**

---

United States District Court

**FedEx International Air Waybill** — Sender's Copy

**1 From**
Date: 6/2/08
Sender's FedEx Account Number: 2409-5949-6
Sender's Name: Patrick R. O'Mea
Phone: (212) 983-8500
Company: Brown Gavalas & Fromm LLP
Address: 355 Lexington Avenue, 4th Floor
City: New York   State/Province: New York
ZIP/Postal Code: 10017

**2 To**
Company: ISPAT Industries Limited
Address: 7th Floor, Nirmal
Address: Nariman Point
City: Mumbai 400 021
Country: India

**4 Express Package Service**: FedEx Intl. Economy

**5 Packaging**: FedEx Envelope

**7a Payment**: Sender

**7b Payment Bill duties and taxes to**: Sender

**8 Your Internal Billing Reference**: 716.0042

**9 Required Signature**: Monica Cabrera

FedEx Tracking Number: 8614 8774 9485

Form ID No. 0402

521